■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDMUND PIECZYNSKI, III, Appellant. [916 NYS2d 554]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered November 18, 2009. The judgment convicted defendant, upon his plea of guilty, of reckless endangerment in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNY BOWEN, Also Known as DONNIE BOWEN, Appellant. [916 NYS2d 554]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered January 29, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.